**Exhibit A to the Complaint**

**Location:** Hoboken, NJ  
**Total Works Infringed:** 27  
**IP Address:** 100.8.208.90  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 01/20/2018 21:41:45 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 2 | 061D0C2214D8573C0CA5B1AB2DDF934DD7B5B01C | Blacked Raw | 02/15/2018 04:20:23 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 3 | 0E0826343231E45254F411ED50B4AF3BA6235148 | Blacked Raw | 01/30/2018 22:43:48 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 4 | 1B7732692DAC3D7BF26AC2AD783E3BE9D183EAAF | Blacked | 11/26/2017 03:41:47 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 5 | 1E204DA52F92DD05E248BFC8DF0C97FE81DB9D3D | Blacked Raw | 11/16/2017 00:05:40 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 6 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/16/2017 00:11:25 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 7 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/30/2018 22:45:41 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 8 | 423038046264574BA54907E992EE95DF1AC8F53C | Blacked | 12/23/2017 21:22:57 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 9 | 44BBE94637EA1DEE53456986B8D560425E976D22 | Blacked Raw | 12/09/2017 15:53:13 | 12/08/2017 | 12/17/2017 | 16159649932 |
| 10 | 5C28A246F048E10E64D0501C555477A54F7F1902 | Blacked | 02/15/2018 04:17:27 | 02/14/2018 | 03/02/2018 | 16331855691 |
| 11 | 68CE144C99E9D941B6880383C5CA25076CA57696 | Blacked | 01/30/2018 22:44:16 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 12 | 6BE5711679EBAFE1B5EBC7FDED097E97F24D883D | Blacked Raw | 01/14/2018 04:50:15 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 13 | 7D276E9E1CEA48D7D41A96C29DEBB48039BE9996 | Blacked Raw | 12/17/2017 02:59:54 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 14 | 805A5FDC5163BAD38E15AAB622AE1CCB55FBC5C3 | Blacked Raw | 12/03/2017 01:27:51 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 15 | 89FE22338C4AE30739C90C2EE96F7A99EAAF2B70 | Blacked Raw | 02/15/2018 04:23:18 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 16 | 91872F94F5DF56BE34D9615D142F5BF86E6F91C8 | Blacked | 01/30/2018 22:37:13 | 01/20/2018 | 02/03/2018 | 16335134702 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 973306499CCF5C90FB3899481EE9FDB896D23743 | Blacked | 12/09/2017 15:47:16 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 18 | 9A0937E36FA16445741A174EC9FAD828601B4369 | Blacked | 02/15/2018 04:17:23 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 19 | A9DA66C041311E27ECB9D06990E2AEA7C54CEBBB | Blacked Raw | 01/04/2018 14:02:38 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 20 | AA59BF6CDC3F4B34520E5DA24B4511743E1CDDAD | Blacked Raw | 01/30/2018 22:48:31 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 21 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/16/2017 00:04:16 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 22 | B2749CF736B2B9C9F225CE6C55D853EBF21294C4 | Blacked Raw | 02/15/2018 04:21:15 | 02/06/2018 | 02/07/2018 | 16288499072 |
| 23 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 12/26/2017 22:52:44 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 24 | BA3DF38EEEA0B0210F925FC5824D2FA47D051E6B | Blacked Raw | 12/09/2017 15:51:35 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 25 | BD633D05743A426AA5861AB650B812AD46D13FEC | Blacked Raw | 11/26/2017 03:30:08 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 26 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/09/2017 15:37:38 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 27 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | Blacked | 01/04/2018 14:16:14 | 12/31/2017 | 01/18/2018 | 16199943531 |