**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN DOE, subscriber assigned IP address 100.8.208.90,<br><br>                    Defendant. | Case No. 2:18-cv-05621-MCA-SCM<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 100.8.208.90, are voluntarily dismissed with prejudice.

DATED: July 10, 2018                    Respectfully submitted,

                                                            **FOX ROTHSCHILD LLP**

                                                            *Attorneys for Plaintiff,*
                                                            *Strike 3 Holdings, LLC*

                                                            */s/ John C. Atkin, Esq.*
                                                            John C. Atkin, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ <i>John C. Atkin</i>
        John C. Atkin, Esq.